# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| RONALD DANIELS, SR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:22-cv-213-JDK |
| § | |
| CREDIT SYSTEMS § | |
| INTERNATIONAL, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Ronald Daniels, Sr.'s notice of voluntary dismissal (Docket No. 6). In accord with that notice, Plaintiff's pending claims in this case against Defendant Credit Systems International, Inc. are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **10th** day of **August, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE